# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHONDEL LAMAR LARKIN,<br><br>                Petitioner,<br><br>      v.<br><br>D. DAVEY, Warden,<br><br>                Respondent. | Case No. CV 14-8638-DSF (JEM)<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: July 29, 2016

*Dale S. Fischer*
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE